# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1542
Lower Tribunal No. 21-10073
_____

**Isabella Newan,**
Appellant,

vs.

**ACF Adoptions,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria Espinosa Dennis, Judge.

Isabella Newan, in proper person.

Hausmann & Hickman, P.A., and Amy U. Hickman (Plantation), for appellee.

Before EMAS, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.